AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| RAJA KANNAN | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-CV-07305-EJD |
| APPLE, INC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Raja Kannan

Date:   08/27/2018

*[signature: KE Ford]*

*Attorney's signature*

Karen E. Ford esq SBN 88358
*Printed name and bar number*

PO Box 287
Carmel By The Sea, California 93921

*Address*

karen@fordslaw.com
*E-mail address*

(831) 250-6433
*Telephone number*

(858) 810-0337
*FAX number*