1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6          SAN JOSE DIVISION
7

8     RAJA KANNAN,                         Case No.17-cv-07305-EJD   (VKD)

9              Plaintiff,
                                           **INTERIM ORDER RE PLAINTIFF'S**
10        v.                               **ADMINISTRATIVE MOTION RE**
                                           **SUBMITTING DISCOVERY DISPUTES**
11    APPLE INC.,
                                           Re: Dkt. No. 90
12             Defendant.

13

14          The Court has received defendant Apple Inc.'s July 1, 2019 response to plaintiff Raja

15    Kannan's administrative motion re submitting discovery disputes.  Dkt. No. 92.  Apple asks that

16    the Court order Mr. Kannan to file something it calls "Apple's June 26 Comparator Documents

17    Joint Statement" or allow Apple to file its own statement.  *Id.* at 5.  Apple does not say which of

18    the myriad documents (if any) attached to Mr. Boyer's declaration is the statement it wishes to

19    file.

20          If the portion of Exhibit A to Mr. Kannan's administrative motion labeled "Defendant's

21    Position" (Dkt. No. 90, Ex. A at 6–10) does not, in fact, reflect Apple's position as to the

22    discovery dispute described in Mr. Kannan's portion of Exhibit A, Apple may submit a statement

23    of its position of not more than 1,500 words by **July 5, 2019**.

24          No party shall file any further submissions regarding the discovery dispute or Mr.

25    Kannan's administrative motion without prior leave of the Court.  The parties must be prepared to

26    discuss the merits of the discovery dispute at the hearing on **July 9, 2019.**

27    ///

28    ///

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: July 2, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California