| | |
|---|---|
| 1 | Todd K. Boyer, Bar No. 203132 |
| 2 | todd.boyer@bakermckenzie.com<br>BAKER & McKENZIE LLP |
| 3 | 600 Hansen Way<br>Palo Alto, CA  94304 |
| 4 | Telephone: +1 650 856 2400<br>Facsimile: +1 650 856 9299 |
| 5 | Caroline A. Pham, State Bar No. 305080 |
| 6 | caroline.pham@bakermckenzie.com<br>Christopher Im, State Bar No. 313838 |
| 7 | christopher.im@bakermckenzie.com<br>BAKER & McKENZIE LLP |
| 8 | Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111 |
| 9 | Telephone: +1 415 576 3000<br>Facsimile: +1 415 576 3099 |
| 10 | Attorneys for Defendant |
| 11 | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJA KANNAN,<br><br>         Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>         Defendant. | Case No.  5:17-cv-07305-EJD (VKD)<br><br>**APPLE INC.'S NOTICE OF PROPOSED DEADLINE TO PRODUCE DOCUMENTS PURSUANT TO SEPTEMBER 25, 2019 DISCOVERY ORDER**<br><br>Complaint Filed:  December 26, 2017<br>FAC Filed:         May 10, 2018<br>SAC Filed:         October 19, 2018 |

1                                Case No 5:17-cv-07305-EJD

APPLE INC.'S NOTICE OF PROPOSED DEADLINE TO PRODUCE DOCUMENTS PURSUANT TO
SEPTEMBER 25, 2019 DISCOVERY ORDER

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Magistrate Judge Virginia K. Demarchi's September 25, 2019 Order re Discovery Motions, Defendant Apple Inc. hereby provides notice that it is unable to fully comply with the October 1, 2019 deadline to produce a report or spreadsheet showing the compensation, stock awards, bonuses, and dividends for each of Mr. Kotni's employees from January 1, 2011 through December 31, 2018, as kept in the ordinary course of business. Apple will produce the aforementioned reports no later than October 7, 2019.

Apple further provides notice that, due to the voluminous number of documents, it is unable to comply with the October 1, 2019 deadline to produce the Options and Awards Summary, the re-redacted bi-weekly pay statements, and documents showing the independent contractor and employee count information for each of Mr. Kotni's employees from January 1, 2011 through December 31, 2018. Apple will produce these documents by no later than October 3, 2019, but will start producing them on October 2, 2019 on a rolling basis.

Dated: October 2, 2019                    BAKER & McKENZIE LLP

                                          By: //s// *Todd K. Boyer*
                                          Todd K. Boyer
                                          Caroline Pham
                                          Christopher Im
                                          Attorneys for Defendant
                                          APPLE INC.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2                                         Case No 5:17-cv-07305-EJD
APPLE INC.'S NOTICE OF PROPOSED DEADLINE TO PRODUCE DOCUMENTS PURSUANT TO SEPTEMBER 25, 2019 DISCOVERY ORDER