United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJA KANNAN,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.17-cv-07305-EJD (VKD)<br><br>**ORDER RE PLAINTIFF'S FURTHER DEPOSITION**<br><br>Re: Dkt. No. 131 |

During the hearing in this matter on September 24, 2019, the Court expressed its view that further deposition of plaintiff Raja Kannan was likely warranted and ordered the parties to (1) research and advise the Court whether defendant Apple Inc. may depose Mr. Kannan in India without resorting to Hague Convention procedures, (2) investigate the availability of suitable videoconferencing facilities, and (3) file a status report by October 1, 2019 advising the Court of their views about whether Mr. Kannan may be deposed by videoconference while in India, including using videoconferencing facilities that may be available at Apple India Private Limited. Dkt. No. 128 at 158:3–164:12; Dkt. No. 120 at 5–6. The parties filed separate status reports on October 1, 2019. Dkt. Nos. 130, 131.

In its submission, Apple noted several logistical issues concerning videoconferencing and requested an extension of time to October 3, 2019 to file a further status report following additional investigation. Dkt. No. 131 at 2. The Court grants that request.

Mr. Kannan shall not file any additional unilateral submissions regarding Mr. Kannan's further deposition, absent leave of Court.

///

**IT IS SO ORDERED.**

Dated: October 2, 2019

*[signature]*
VIRGINIA K. DEMARCHI
United States Magistrate Judge