United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJA KANNAN,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.17-cv-07305-EJD (VKD)<br><br>**ORDER RE APPLE'S PRODUCTION DEADLINES**<br><br>Re: Dkt. No. 132 |

On September 25, 2019, the Court ordered defendant Apple Inc. to produce certain categories of documents by October 1, 2019. Dkt. No. 120 at 1–3. On October 2, 2019, Apple advised the Court that it was unable to fully comply with respect to some of those categories of documents. Dkt. No 132.

With respect to producing a report or spreadsheet showing the compensation, stock awards, bonuses, and dividends for each of Mr. Kotni's employees from January 1, 2011 through December 31, 2018, as kept in the ordinary course of business, Apple represents that it will be able to produce those reports by **October 7, 2019**. *Id.* With respect to producing the Options and Awards Summary, the re-redacted bi-weekly pay statements, and documents showing the independent contractor and employee count information for each of Mr. Kotni's employees from January 1, 2011 through December 31, 2018, Apple represents that it will be able to produce those documents by **October 3, 2019**. *Id.*

Accordingly, the Court amends the deadlines for Apple to produce these categories of documents, consistent with its representations as summarized above.

///

**IT IS SO ORDERED.**

Dated: October 2, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge