UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJA KANNAN,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No.17-cv-07305-EJD (VKD)<br><br>**ORDER RE APPLE'S DOCUMENT PRODUCTION AND RULE 30(B)(6) DEPOSITIONS** |

On October 2, 2019, the Court amended the deadlines for defendant Apple Inc. to produce certain categories of information as it represented in its October 2, 2019 notice to the Court. Dkt. No. 134. After the Court issued its order, plaintiff Raja Kannan objected to Apple's request for an extension of time to complete its production. Dkt. No. 135. In particular, Mr. Kannan expresses concern that his counsel may not receive Apple's documents in time to prepare for certain depositions, including depositions noticed pursuant to Rule 30(b)(6).

If Apple does not produce documents sufficiently in advance of the scheduled depositions to permit Mr. Kannan's counsel to use those documents in the depositions, Apple may be required to reproduce its witnesses for further deposition and may be required to bear both its own and Mr. Kannan's fees and costs for such further deposition.

**IT IS SO ORDERED.**

Dated: October 2, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge