Todd K. Boyer, Bar No. 203132
todd.boyer@bakermckenzie.com
BAKER & McKENZIE LLP
600 Hansen Way
Palo Alto, CA  94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Caroline A. Pham, State Bar No. 305080
caroline.pham@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3078
Facsimile: +1 415 576 3099

Attorney for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAJA KANNAN, | Case No.  5:17-cv-07305-EJD (VKD) |
|---|---|
| Plaintiff, | **DEFENDANT APPLE INC.'S STATEMENT RE PLAINTIFF'S BONUS/STOCK AWARD** |
| v. | |
| APPLE INC., | |
| Defendant. | Complaint Filed:  December 26, 2017<br>FAC Filed:  May 10, 2018<br>SAC Filed:  October 19, 2018 |

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No 5:17-cv-07305-EJD

DEFENDANT APPLE INC.'S STATEMENT RE PLAINTIFF'S BONUS/STOCK AWARD

Pursuant to the Order of Magistrate Judge Virginia DeMarchi (Dkt. 155), Defendant APPLE INC. ("Apple" or "Defendant"), by and through its respective counsel of record, hereby respectfully submits its statement regarding Plaintiff's bonus/stock award.

Apple has produced as APL-KANNAN_0002085 an email between Heather Ramirez, former Senior Human Resources Manager, and Moazam Raja dated August 27, 2013 in which Mr. Raja requested to transfer a bonus from Plaintiff to another employee based on information that Mr. Raja received that morning. Mr. Raja conducted a search of his email and text messages and has no correspondence from the time period regarding this matter. As Ms. Ramirez has not been employed at Apple since approximately August 2016, Apple conducted a search of her emails and did not find any additional documents on this issue. Apple also searched the emails of Ms. Ramirez's successor as well but did not locate any relevant information. Indeed, this email exchange occurred over 6 years ago. Since his deposition, Mr. Raja himself does not believe there is any other source of information that would refresh his recollection as to why he made the decision to transfer Plaintiff's bonus.

Apple contends that the decision to move Mr. Kannan's bonus in 2013 is time barred, and has no bearing on any of the claims he has asserted to date. Apple will continue to conduct a diligent search to understand whether there are any other sources of evidence that may provide additional insight, or may refresh Mr. Raja's recollection into his decision to move the bonus to another person, and will update opposing counsel and this Court if any such information is located.

Dated: October 25, 2019                    BAKER & McKENZIE LLP


By: //s//*Todd K. Boyer*
    Todd K. Boyer
    Caroline Pham
    Attorney for Defendant
    APPLE INC.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2                    Case No 5:17-cv-07305-EJD
DEFENDANT APPLE INC.'S STATEMENT RE PLAINTIFF'S BONUS/STOCK AWARD