Todd K. Boyer, Bar No. 203132
todd.boyer@bakermckenzie.com
BAKER & McKENZIE LLP
600 Hansen Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Caroline A. Pham, State Bar No. 305080
caroline.pham@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3078
Facsimile: +1 415 576 3099

Attorney for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJA KANNAN,<br><br>            Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 5:17-cv-07305-EJD (VKD)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF DEFENDANT APPLE INC.'S RESPONSE TO PLAINTIFF'S "JOINT DISCOVERY BRIEF" [DKT 165-1]**<br><br>Complaint Filed:  December 26, 2017<br>FAC Filed:             May 10, 2018<br>SAC Filed:             October 19, 2018 |

1                                              Case No 5:17-cv-07305-EJD

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF DEFENDANT APPLE INC.'S RESPONSE TO PLAINTIFF'S "JOINT DISCOVERY BRIEF"

Having considered Defendant Apple Inc.'s Response To Plaintiff's "Joint Discovery Brief" [Dkt. 165-1] and Administrative Motion For Leave To File Exhibits ("Apple's Response"), the Court hereby orders as follows:

IT IS HEREBY ORDERED that Defendant the exhibits attached to Apple's Response are hereby deemed filed and submitted as part of Plaintiff's "Joint Discovery Brief" [Dkt. 165-1].

Dated: _____, 2019

_____
Honorable Virginia K. DeMarchi
United States Magistrate Judge

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2                                   Case No 5:17-cv-07305-EJD
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF DEFENDANT APPLE INC.'S RESPONSE TO PLAINTIFF'S "JOINT DISCOVERY BRIEF"