# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAJA KANNAN,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 17-cv-07305-EJD (VKD)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTE RE AEO DESIGNATIONS**<br><br>Re: Dkt. No. 166 |

The parties ask the Court to resolve their dispute concerning defendant Apple Inc.'s designation of certain documents or portions of documents as "Attorneys' Eyes Only" or "AEO" under the protective order in this matter. Apple states that it has not had an adequate opportunity to respond to plaintiff Raja Kannan's belated revised draft of Mr. Kannan's portion of the parties' joint submission.

Accordingly, Apple may file with the Court its response to Mr. Kannan's portion of the joint submission by **November 4, 2019 at noon**. Mr. Kannan may not file anything further regarding this dispute.

**IT IS SO ORDERED.**

Dated: October 31, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge