1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

8

9

10

11

12

13

RAJA KANNAN,

              Plaintiff,

    v.

APPLE INC.,

              Defendant.

Case No.  17-cv-07305-EJD   (VKD)

**ORDER GRANTING ADMINISTRATIVE MOTION RE PLAINTIFF'S PRIVILEGE LOG**

Re: Dkt. No. 181

14

15

16

17

18

19

     On October 30, 2019, the Court resolved the parties' discovery dispute concerning plaintiff Raja Kannan's privilege log.  Dkt. No. 164.  The Court ordered Mr. Kannan to serve an amended privilege log by November 6, 2019.  *Id.* at 6.  The Court also determined that Mr. Kannan had not substantiated his claims of privilege or protection for entries #3 and 16 on his privilege log, and ordered Mr. Kannan to produce those documents—if they exist—to defendant Apple Inc. by November 6.  *Id.*

20

21

22

23

     On November 5, 2019, Mr. Kannan filed an administrative motion seeking an extension of time to serve his amended privilege log and requesting leave to lodge the documents corresponding to entry #16 on the log, which he says were inadvertently omitted from the documents previously lodged with the Court for in camera review.

24

25

26

27

     The Court grants Mr. Kannan's motion.  Mr. Kannan shall serve his amended privilege log on Apple by **November 7, 2019**.  Mr. Kannan shall lodge the documents corresponding to entry #16 with the Court for in camera review by **November 7, 2019** and need not produce them to Apple unless and until the Court orders otherwise.

28

///

1

**IT IS SO ORDERED.**

2
Dated: November 6, 2019

3

4

5
VIRGINIA K. DEMARCHI
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28