UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJA KANNAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 17-cv-07305-EJD (VKD)<br><br>**FURTHER ORDER RE PLAINTIFF'S PRIVILEGE LOG**<br><br>Re: Dkt. No. 181 |

The Court has reviewed plaintiff Raja Kannan's in camera submission of the document corresponding to entry #16 on Mr. Kannan's privilege log. The Court concludes that this document is protected from disclosure by the work product doctrine. It need not be produced, so long as Mr. Kannan accurately describes the document in his privilege log.

**IT IS SO ORDERED.**

Dated: November 12, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge