UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJA KANNAN,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 17-cv-07305-EJD (VKD)<br><br>**ORDER RE DISCOVERY DISPUTES**<br>Re: Dkt. No. 184 |

The Court will hear argument on the parties' discovery dispute concerning plaintiff Raja Kannan's compliance with the Court's prior order regarding production of documents related to Mr. Kannan's software development activities and his family's time in India (Dkt. No. 184) on **November 20, 2019 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113. If the parties file a discovery dispute letter concerning defendant Apple Inc.'s designation of documents as Attorneys' Eyes Only by November 18, 2019 as previously stipulated (Dkt. No. 178), the Court will also hear argument on that dispute on November 20.

Fact discovery in this case closed on October 31, 2019. Dkt. No. 125 at 2 ("The deadline for completing fact discovery shall be continued thirty days until October 31, 2019. This extension does not include promulgation of additional discovery requests."). Pursuant to Civil Local Rule 37-3, no motions to compel discovery may be filed more than seven days after the close of fact discovery—i.e., November 7, 2019. That date has now passed. The parties may not extend this deadline by mutual agreement. The Court will not entertain any other motions to compel discovery, save for motions that concern compliance with the Court's prior discovery orders.

**IT IS SO ORDERED.**

Dated: November 12, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge