UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJA KANNAN,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 17-cv-07305-EJD (VKD)<br><br>**ORDER RE MISCELLANEOUS MOTIONS**<br><br>Re: Dkt. Nos. 186, 187, 196 |

The Court held a hearing on two discovery disputes (Dkt Nos. 184 and 198) on November 20, 2019. Dkt. No. 206. Following discussion of those discovery disputes, the Court discussed three other pending discovery-related motions. For the reasons stated on the record, the Court resolves those motions as follows:

Mr. Kannan's administrative motion re schedule to seek protective order (Dkt. No. 186) has been addressed, in part, by this Court's order at Dkt. No. 190. In all other respects, the motion is denied.

Mr. Kannan's administrative motion for reconsideration of ruling (Dkt. No. 187) is an improper request for reconsideration of a portion of the Court's November 6, 2019 order regarding compensation information (Dkt. No. 183 at 2). The Court denies the motion, except that Apple must produce the records from its Merlin system sufficient to show which of Mr. Kotni's employees received "high growth" or "key talent" designations during the relevant period. Such production shall be made no later than **November 27, 2019**.

Mr. Kannan's administrative motion for a discovery ruling (Dkt. No. 196) is denied in its entirety.

**IT IS SO ORDERED.**

Dated: November 20, 2019

*[signature]*
VIRGINIA K. DEMARCHI
United States Magistrate Judge