Todd K. Boyer, Bar No. 203132
todd.boyer@bakermckenzie.com
BAKER & McKENZIE LLP
600 Hansen Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Caroline A. Pham, State Bar No. 305080
caroline.pham@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3078
Facsimile: +1 415 576 3099

Attorney for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJA KANNAN,<br><br>      Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>      Defendant. | Case No. 5:17-cv-07305-EJD (VKD)<br><br>**DEFENDANT APPLE INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL [DKT. 220]**<br><br>Complaint Filed: December 26, 2017<br>FAC Filed: May 10, 2018<br>SAC Filed: October 19, 2018 |

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No 5:17-cv-07305-EJD
DEFENDANT APPLE INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL [DKT. 220]

TO THE COURT, PLAINTIFF RAJA KANNAN AND HIS COUNSEL OF RECORD:

Defendant Apple Inc. does not oppose Plaintiff's Counsel's Motion to Withdraw as Counsel [Dkt. 220], and respectfully requests the Court grant the motion given the rapidly approaching case scheduling deadlines.

Dated:  December 20, 2019	BAKER & McKENZIE LLP


By: /s/ Todd K. Boyer
    Todd K. Boyer
    Caroline Pham
    Attorneys for Defendant
    APPLE INC.

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1                                       Case No 5:17-cv-07305-EJD
DEFENDANT APPLE INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL [DKT. 220]