Todd K. Boyer, State Bar No. 203132
todd.boyer@bakermckenzie.com
BAKER & McKENZIE LLP
600 Hansen Way
Palo Alto, CA  94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Caroline A. Pham, State Bar No. 305080
caroline.pham@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3078
Facsimile: +1 415 576 3099

Attorney for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJA KANNAN,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No.  5:17-cv-07305-EJD (VKD)<br><br>**DEFENDANT APPLE INC.'S FURTHER STATEMENT RE BONUS/STOCK AWARD PER DKT. 255**<br><br>Complaint Filed:  December 26, 2017<br>FAC Filed:        May 10, 2018<br>SAC Filed:        October 19, 2018 |

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1                    Case No 5:17-cv-07305-EJD

DEFENDANT APPLE INC.'S FURTHER STATEMENT RE BONUS/STOCK AWARD PER DKT. 255

Pursuant to the Order of Magistrate Judge Virginia DeMarchi (Dkt. 255), Defendant APPLE INC. ("Apple" or "Defendant"), by and through its respective counsel of record, hereby respectfully submits its further statement regarding whether the amount of an RSU award or performance bonus to an employee may be expressed as a range or category, or in some other way that does not disclose the precise amount of such an award or bonus but nevertheless permits Mr. Kannan to use the information to prosecute his claims that he was treated unfairly compared to other employees working under Joseph Kotni.

With respect to the bonus and RSUs issued each year as part of the annual performance review process, Apple proposes that bonus and RSU awards for each member of Joseph Kotni's team be characterized with the designations of "Low," "Medium," and "High" where Low represents 1-33% of the maximum amount, Medium represents 34-66% of the maximum amount, and High represents 67-100% of the maximum amount of a performance bonus or RSUs for the particular job level for the particular Fiscal Year. The maximum amount for Fiscal Years 2014 through 2018 will be based on the applicable compensation guidelines, with the maximum being the maximum performance bonus or RSU award available for a particular job level in Joseph Kotni's department for that particular Fiscal Year as set forth in the applicable compensation guidelines. Because Apple does not have records of the compensation guidelines in Joseph Kotni's department for Fiscal Years 2011 and 2012, and the compensation guidelines for Fiscal Year 2013 do not include a maximum performance bonus or RSU award amount available for a particular job level, the maximum amount for Fiscal Years 2011 through 2013 will be based on the highest performance bonus or RSU award that was granted among the employees listed in the chart for a particular job level for that particular Fiscal Year. If no performance bonus or non-Apple Seed RSUs were awarded as part of the performance review process in a Fiscal Year, Apple would note "None" in the particular category.

A hypothetical example of Apple's proposed format for the performance bonus and non-Apple Seed RSUs awarded for Fiscal Years 2014 and 2015 is set forth below:

/ /

/ /

/ /

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2    Case No 5:17-cv-07305-EJD
DEFENDANT APPLE INC.'S FURTHER STATEMENT RE BONUS/STOCK AWARD PER DKT. 255

| Employee | Job Level | Fiscal Year 2014 Performance Bonus | Fiscal Year 2014 Non-Apple Seed RSU Award | Fiscal Year 2015 Performance Bonus | Fiscal Year 2015 Non-Apple Seed RSU Award |
|---|---|---|---|---|---|
| Employee #1 | IC4 | High | Medium | Medium | Low |
| Employee #2 | IC5 | Medium | Medium | High | None |

Dated: May 26, 2020

BAKER & McKENZIE LLP

By: /s/ Todd K. Boyer
Todd K. Boyer
Caroline Pham
Attorney for Defendant
APPLE INC.

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

3

Case No 5:17-cv-07305-EJD

DEFENDANT APPLE INC.'S FURTHER STATEMENT RE BONUS/STOCK AWARD PER DKT. 255