UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RAJA KANNAN,

        Plaintiff,

    v.

APPLE INC.,

        Defendant.

Case No. 5:17-cv-07305-EJD

**ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTIONS**

Re: Dkt. Nos. 252, 258

On May 18, 2020 Plaintiff Raja Kannan filed an administrative motion to continue expert discovery and other pre-trial deadlines. *See* Dkt. No. 252. Thereafter, he filed another related administrative motion to disqualify defense counsel and sought an order that would allow him to redo expert discovery. *See* Dkt. No. 258. These were improperly filed as administrative motions. *See* N.D. Cal. Civ. L.R. 7-11 (listing motions to exceed page limits and motions to file documents under seal as examples of typical administrative motions). The Court thus converts these administrative motions into "regular" motions. The following schedule applies:

- **Dkt. No. 252:** Plaintiff may file a reply brief no later than **June 1, 2020**.
- **Dkt No. 258:** Defendant has until **June 9, 2020** to submit an opposition. Plaintiff may file a reply brief no later than **June 16, 2020**.
- Both motions are tentatively set to be heard on **July 2, 2020 at 10:00 AM.**

    **IT IS SO ORDERED.**

Dated: May 27, 2020

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California