Todd K. Boyer, State Bar No. 203132
todd.boyer@bakermckenzie.com
BAKER & McKENZIE LLP
600 Hansen Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Caroline A. Pham, State Bar No. 305080
caroline.pham@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3078
Facsimile: +1 415 576 3099

Attorney for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJA KANNAN,<br><br>      Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>      Defendant. | Case No. 5:17-cv-07305-EJD (VKD)<br><br>**DEFENDANT APPLE INC.'S STATEMENT RE COMPLIANCE PER DKT. 262**<br><br>Complaint Filed:  December 26, 2017<br>FAC Filed:           May 10, 2018<br>SAC Filed:           October 19, 2018 |

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

1                                    Case No 5:17-cv-07305-EJD

DEFENDANT APPLE INC.'S STATEMENT RE COMPLIANCE PER DKT. 262

Pursuant to the Order of Magistrate Judge Virginia DeMarchi (Dkt. 262), Defendant APPLE INC. ("Apple" or "Defendant"), by and through its respective counsel of record, hereby respectfully submits its statement of compliance as follows:

**1.      Documents Containing Confidential Employee-Specific Information**

Apple respectfully requests until June 10 to produce the summary for the eight Apple employees who reported to Mr. Kotni during the period of time from January 1, 2011 through December 31, 2018 as the data took some time to compile and is currently being verified internally with Apple's compensation team.  If the data is verified sooner, Apple will produce it to Plaintiff upon verification.  The deadline to file dispositive motions is July 2, 2020, thus, this slight delay should not impact Plaintiff's ability to file an opposition to Apple's dispositive motions.

**2.      Expert Reports**

Apple has reviewed the two expert reports that were produced and designated as Attorneys' Eyes Only in this matter.  Apple previously produced a "Confidential" version of these two expert reports with certain portions relating to other employees redacted as Attorney's Eyes Only in January 2020.  Upon further review, Apple has made additional revisions to the "Confidential" versions of the two expert reports by removing certain redactions so that Plaintiff is provided with as much information as possible, while protecting the confidential compensation information of other employees.  Apple served these revised redacted reports on June 3, 2020.  Additionally, given the fact that Plaintiff's expert has withdrawn from this matter as confirmed by Plaintiff (see e.g., Dkt. Nos. 258, 264), Apple understands that absent a Court order to the contrary, expert discovery is closed and Plaintiff will not be submitting expert testimony.

Dated:  June 3, 2020

BAKER & McKENZIE LLP

By: /s/ Todd K. Boyer
    Todd K. Boyer
    Caroline Pham
    Attorney for Defendant
    APPLE INC.

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2                                                       Case No 5:17-cv-07305-EJD
DEFENDANT APPLE INC.'S STATEMENT RE COMPLIANCE PER DKT. 262