1

2

3                        UNITED STATES DISTRICT COURT

4                      NORTHERN DISTRICT OF CALIFORNIA

5                              SAN JOSE DIVISION

6

7    RAJA KANNAN,                          Case No. 5:17-cv-07305-EJD
                Plaintiff,
8                                          ORDER DENYING PLAINTIFF'S
                                           MOTION FOR RELIEF FROM
9        v.                                NONDISPOSITIVE PRETRIAL ORDER
                                           OF MAGISTRATE JUDGE
10   APPLE INC.,                           DEMARCHI
                Defendant.
11                                         Re: Dkt. No. 277

12          Before the Court is Plaintiff Raja Kannan's motion for relief from Magistrate Judge

13   DeMarchi's nondispositive pretrial order.  *See* Dkt. 277 ("Mot.").  For the foregoing reasons, the

14   Court **DENIES** Plaintiff's request.

15          In January 2020, this Court issued an order granting Karen Ford's (Plaintiff's former

16   attorney) motion to withdraw.  In this order, the Court referred the issue of what to do with the

17   "Attorneys' Eyes Only" ("AEO") documents to Magistrate Judge DeMarchi.  *See* Dkt. 229.

18   Thereafter, Magistrate Judge DeMarchi had various hearings with the Parties regarding the AEO

19   documents.  Ultimately, on May 27, 2020, Magistrate Judge DeMarchi ordered Defendant Apple

20   to (1) produce a written summary of information regarding the eight Apple employees who

21   reported to Mr. Kotni and (2) review the confidential expert reports to ensure the redactions were

22   limited to confidential, employee-specific compensation or personnel information.  *See* Order re

23   Defendant's AEO Designations ("Judge DeMarchi Order") at 2, Dkt. 262.  Judge DeMarchi

24   determined that Defendant did not need to further redact the AEO material or reproduce additional

25   documents because Plaintiff did not state a specific need for (1) any particular document or (2) for

26   information that was not already addressed by the summary of employee-specific information.

27   Case No.: 5:17-cv-07305-EJD
28   ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE
     PRETRIAL ORDER OF MAGISTRATE JUDGE DEMARCHI
                                               1

United States District Court
Northern District of California

1    *See id.* Plaintiff argues this ruling was "clearly erroneous and contrary to the law." Mot. at 3.

2    The cases Plaintiff relies on are not persuasive. For instance, the *Taser International Inc.*

3    *v. Stinger Systems Inc.* case that Plaintiff quotes is unhelpful. There, the pro se litigant objected to

4    a *narrow* portion of the AEO stipulation—he argued that one paragraph of the protective order did

5    not protect his legal interests. Judge DeMarchi specifically instructed Plaintiff to state (1) a

6    specific need for a particular document or (2) his need for specific information not addressed in

7    the ordered summaries. Plaintiff declined to do this. Instead, Plaintiff asked Judge DeMarchi to

8    review the AEO documents in their entirety to determine what information should be redacted

9    and/or anonymized. *See* Dkt. 269 at 55 ("Because you did not make specific requests about

10   specific documents, you did everything with the same kind of statement that everything is

11   relevant. I am not going to go through the documents myself and make calls for you, that's just an

12   unreasonable expectation of the court."). Indeed, in this motion, Plaintiff again declines to

13   indicate which documents he feels are necessary to his case and over-redacted. Plaintiff also

14   seems to misunderstand his pro se status. He argues that because he is pro se, he is now entitled to

15   see everything that an attorney would be able to see. *See* Mot. at 5–6. While it is true that upon

16   termination, the client is presumed to be entitled full access to the attorney's file, this rule must be

17   understood in context to AEO designated documents. The documents Plaintiff seeks contain

18   highly sensitive information about other Apple employees, which is why they are designated

19   AEO. Plaintiff's pro se status does not change this.

20   Accordingly, because Plaintiff did not provide Judge DeMarchi or this Court with specific

21   requests about specific AEO documents, his motion for relief is **DENIED.**

22   **IT IS SO ORDERED.**

23   Dated: June 15, 2020

24   _____
EDWARD J. DAVILA
25   United States District Judge

26

27

28

Case No.: 5:17-cv-07305-EJD
ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE
PRETRIAL ORDER OF MAGISTRATE JUDGE DEMARCHI
2