Todd K. Boyer, State Bar No. 203132
todd.boyer@bakermckenzie.com
BAKER & McKENZIE LLP
600 Hansen Way
Palo Alto, CA 94304
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Caroline A. Pham, State Bar No. 305080
caroline.pham@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3078
Facsimile: +1 415 576 3099

Attorney for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJA KANNAN,<br><br>           Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>           Defendant. | Case No. 5:17-cv-07305-EJD (VKD)<br><br>**DECLARATION OF CAROLINE A. PHAM IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES FOR ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:   December 26, 2017<br>FAC Filed:             May 10, 2018<br>SAC Filed:            October 19, 2018 |

1                                                          Case No 5:17-cv-07305-EJD
Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400
DECLARATION OF CAROLINE A. PHAM IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES FOR ITS MSJ

I, Caroline A. Pham, declare:

1. I am an attorney at law duly admitted to practice before the courts of the State of California and the United States District Court, Northern District of California. I am an attorney with the law firm of Baker McKenzie and counsel of record for Defendant Apple Inc. ("Apple") in the above captioned matter. I submit this declaration in connection with Apple's Administrative Motion for Leave to File Excess Pages for its Motion For Summary Judgment. I have personal knowledge of the facts set forth herein and, if called as a witness, could competently testify thereto.

2. On June 23, 2020, I emailed Plaintiff Raja Kannan asking him to stipulate to mutually increase the page limit for each parties' motion for summary judgment to thirty (30) pages. A true and correct copy of the email is attached hereto as **Exhibit A.**

3. To date, Plaintiff has not responded to my request to stipulate to mutually increase the page limit for each parties' motion for summary judgment to thirty (30) pages.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed this 25th day of June 2020 in San Francisco, California.

*/s/ Caroline Pham*
Caroline Pham

DECLARATION OF CAROLINE A. PHAM IN SUPPORT OF DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES FOR ITS MSJ

# EXHIBIT A

| | |
|---|---|
| **From:** | Pham, Caroline |
| **Sent:** | Tuesday, June 23, 2020 3:52 PM |
| **To:** | Raja Kannan |
| **Cc:** | Boyer, Todd |
| **Subject:** | Kannan v. Apple - MSJ |

Hi Raja,

Please let us know if you will stipulate to increase the page limit for each parties' motion for summary judgment to 30 pages, given that your Second Amended Complaint alleges 13 causes of action. This will also increase the page limit for any opposition to 30 pages as well.

In addition, we noticed that your portion of the Joint Trial Setting Conference Statement states that you will file a motion for an extension of time to file summary judgment or adjudication, and for an extension of time to respond to Apple's motion for summary judgment. As the parties will need to file their respective motions for summary judgment at the same time, please advise whether you will be seeking an extension and, if so, the length of the requested extension.

Best,
Caroline

**Caroline Pham**
Associate, Employment & Compensation
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
United States
Tel: +1 415 576 3000
Direct: 415 984 3877
Fax: +1 415 576 3099
caroline.pham@bakermckenzie.com



bakermckenzie.com | Facebook | LinkedIn | Twitter

For the latest legal news and updates on COVID-19 visit Baker McKenzie's **Coronavirus Resource Center** or download the **COVID-19 Global Employer Guide**.