UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJA KANNAN,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant. | Case No. 5:17-cv-07305-EJD (VKD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES FOR ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:  December 26, 2017<br>FAC Filed:           May 10, 2018<br>SAC Filed:           October 19, 2018 |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

1                                                        Case No 5:17-cv-07305-EJD

[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE
TO FILE EXCESS PAGES FOR ITS MOTION FOR SUMMARY JUDGMENT

On June 25, 2020, Defendant Apple Inc. ("Defendant") filed its Administrative Motion for Leave to File Excess Pages for its Motion For Summary Judgment ("Administrative Motion").

After reviewing the Administrative Motion, the Court hereby ORDERS as follows:

1. For good cause shown, the Court grants Defendant leave to file a memorandum in support of up to thirty (30) pages in support of its Motion For Summary Judgment.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

2                                     Case No 5:17-cv-07305-EJD
[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES FOR ITS MOTION FOR SUMMARY JUDGMENT