United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6                                SAN JOSE DIVISION

7

8    RAJA KANNAN,                          Case No.  5:17-cv-07305-EJD

            Plaintiff,
9                                          **ORDER GRANTING DEFENDANT'S
                                           ADMINISTRATIVE MOTION FOR
10        v.                               LEAVE TO FILE EXCESS PAGES FOR
                                           ITS MOTION FOR SUMMARY
11   APPLE INC.,                           JUDGMENT; SETTING BRIEFING
                                           SCHEDULE FOR CROSS-MOTIONS
12          Defendant.                     FOR SUMMARY JUDGMENT;
                                           CONTINUING TRIAL SETTING
13                                         CONFERENCE**

14                                         Re: Dkt. No. 283

15        On June 25, 2020, Defendant filed a motion for leave to file excess pages for its motion for

16   summary judgment.  Dkt. 283.  After finding good cause and after having considered Plaintiff's

17   objection, the Court **GRANTS** Defendant's request for leave to file 5 excess pages.  Plaintiff may

18   also file 5 excess pages in his opening brief, *i.e.*, his combined motion for summary judgment/his

19   opposition.

20        The Court also directs the Parties to the undersigned's standing order, which instructs

21   parties on this Court's cross motion requirement.  *See* Judge Edward J. Davila Standing Order for

22   Civil Cases V.C.  Both Plaintiff and Defendant have indicated an intent to file summary judgment

23   motions.  The Parties must comply with this Court's standing order.  However, the Court finds it

24   would be more effective and provide Plaintiff with more time if Defendant filed the opening brief

25   instead of Plaintiff.  Accordingly, the Court orders as follows:

26
     Case No.: 5:17-cv-07305-EJD
27   ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE
     EXCESS PAGES FOR ITS MOTION FOR SUMMARY JUDGMENT; SETTING BRIEFING
28   SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; CONTINUING TRIAL
     SETTING CONFERENCE
                                            1

1. By **July 2, 2020,** Defendant must file its motion for summary judgment which shall not exceed 30 pages in length.

2. By **July 16, 2020**, Plaintiff must file his combined motion for summary judgment/his opposition to Defendant's motion for summary judgment which shall not exceed 30 pages in length.

3. By **July 30, 2020**, Defendant must file its opposition/reply brief which shall not exceed 15 pages in length.

4. By **August 6, 2020**, Plaintiff must file his reply brief which shall not exceed 15 pages in length.

5. The hearing on these motions is **CONTINUED** to August 27, 2020 at 11:00 a.m.  The trial setting conference set for August 13, 2020 is also **CONTINUED** to August 27, 2020 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: July 1, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-07305-EJD
ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE
EXCESS PAGES FOR ITS MOTION FOR SUMMARY JUDGMENT; SETTING BRIEFING
SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; CONTINUING TRIAL
SETTING CONFERENCE

2

United States District Court
Northern District of California