UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJA KANNAN,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 5:17-cv-07305-EJD<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 325 |

On October 13, 2020, the Court granted Defendant's motion for summary judgment, or in the alternative, partial summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of the Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 13, 2020

*(signature)*

EDWARD J. DAVILA
United States District Judge