1   Todd K. Boyer, State Bar No. 203132
    todd.boyer@bakermckenzie.com
2   BAKER & McKENZIE LLP
    600 Hansen Way
3   Palo Alto, CA  94304
    Telephone: +1 650 856 2400
4   Facsimile: +1 650 856 9299

5   Caroline A. Pham, State Bar No. 305080
    caroline.pham@bakermckenzie.com
6   BAKER & McKENZIE LLP
    Two Embarcadero Center, 11th Floor
7   San Francisco, CA 94111
    Telephone: +1 415 576 3078
8   Facsimile: +1 415 576 3099

9   Attorney for Defendant
    APPLE INC.

10

11              UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA

13   RAJA KANNAN,                    Case No.  5:17-cv-07305-EJD (VKD)

14          Plaintiff,               **DECLARATION OF TODD K. BOYER**
                                     **IN SUPPORT OF DEFENDANT**
15      v.                           **APPLE INC.'S BILL OF COSTS**

16   APPLE INC.,                     **28 U.S.C. §1924**

17          Defendant.

18                                   Complaint Filed:   December 26, 2017
                                     FAC Filed:         May 10, 2018
19                                   SAC Filed:         October 19, 2018

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No 5:17-cv-07305-EJD

DECLARATION OF TODD K. BOYER IN SUPPORT OF DEFENDANT APPLE INC.'S BILL OF COSTS

I, Todd K. Boyer, hereby declare:

1.      I am an attorney at law duly admitted to practice before the courts of the State of California and the United States District Court, Northern District of California.  I am a Partner with the law firm of Baker McKenzie and counsel of record for Defendant Apple Inc. ("Apple" or "Defendant") in the above captioned matter.  I submit this declaration in connection with Defendant's Bill of Costs.  I have personal knowledge of the facts set forth herein and, if called as a witness, could competently testify thereto.

2.      Pursuant to 28 U.S.C. §1924 and N.D. Local Rule 54-1(a), I hereby declare that the costs are correctly stated, were necessarily incurred, and are allowable by law or Local Rule.

3.      A true and correct copy of the invoice of the Reporter's Transcript from the July 9, 2019 Discovery Hearing in the amount of $174.60 is attached hereto as **Exhibit A**.  This cost is allowable under Local Rule 54-3(b) as it is a transcript that would be submitted upon any appeal of this Court's Judgment.

4.      A true and correct copy of the invoice of the Reporter's Transcript from the September 24, 2019 Discovery Hearing in the amount of $1,111.50 is attached hereto as **Exhibit B**.  This cost is allowable under Local Rule 54-3(b) as it is a transcript that would be submitted upon any appeal of this Court's Judgment, and was used to provide support for Apple's Motion for Sanctions brought under Fed. R. Civ. P. 37 [Dkt. No. 260].

5.      A true and correct copy of the invoice of the Reporter's Transcript from the November 20, 2019 Discovery Hearing in the amount of $326.70 is attached hereto as **Exhibit C**.  This cost is allowable under Local Rule 54-3(b) as it is a transcript that would be submitted upon any appeal of this Court's Judgment, and was used to provide support for Apple's Motion for Sanctions brought under Fed. R. Civ. P. 37 [Dkt. No. 260].

6.      A true and correct copy of the invoice of the Reporter's Transcript from the April 28, 2020 Discovery Hearing in the amount of $140.25 is attached hereto as **Exhibit D**.  This cost is allowable under Local Rule 54-3(b) as it is a transcript that would be submitted upon any appeal of this Court's Judgment.

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1                                    Case No 5:17-cv-07305-EJD
DECLARATION OF TODD K. BOYER IN SUPPORT OF DEFENDANT APPLE INC.'S BILL OF COSTS

7.    A true and correct copy of the invoice of the Reporter's Transcript from the May 22, 2020 Discovery Hearing in the amount of $338.80 is attached hereto as **Exhibit E**.  This cost is allowable under Local Rule 54-3(b) as it is a transcript that would be submitted upon any appeal of this Court's Judgment.

8.    True and correct copies of the invoices of the Court Reporter's Deposition Transcript, Video Deposition and related court reporter fees from the May 1, 2019 deposition of Plaintiff Raja Kannan, Volume 1 in the amount of $5,704.15 are attached hereto as **Exhibit F**.  These costs are allowable under Local Rule 54-3(c)(1), which provides that the original and copy of a deposition (including videotaped depositions) taken for any purpose is allowable, as well as the costs of reproducing exhibits to the deposition if the deposition costs is allowable.

9.    A true and correct copy of the invoice of the Court Reporter's Deposition Transcript and related court reporting fees from the August 28, 2019 deposition of Joseph Kotni, Volume 1 in the amount of $1,839.20 is attached hereto as **Exhibit G**.  These costs are allowable under Local Rule 54-3(c)(1), which provides that the original and copy of a deposition (including videotaped depositions) taken for any purpose is allowable, as well as the costs of reproducing exhibits to the deposition if the deposition costs is allowable.

10.    A true and correct copy of the invoice of the Court Reporter's Deposition Transcript and related court reporter fees from the September 10, 2019 deposition of Brian Carr, Volume 1 in the amount of $1,986.00 is attached hereto as **Exhibit H**.  This deposition was taken at the request of Plaintiff Kannan.  These costs are allowable under Local Rule 54-3(c)(1), which provides that the original and copy of a deposition (including videotaped depositions) taken for any purpose is allowable, as well as the costs of reproducing exhibits to the deposition if the deposition costs is allowable.

11.    A true and correct copy of the invoice of the Court Reporter's Deposition Transcript and related court reporter fees from the September 19, 2019 deposition of Heather Ramirez in the amount of $688.50 is attached hereto as **Exhibit I**.  This deposition was taken at the request of Plaintiff Kannan.  These costs are allowable under Local Rule 54-3(c)(1), which provides that the original and

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2                                    Case No 5:17-cv-07305-EJD
DECLARATION OF TODD K. BOYER IN SUPPORT OF DEFENDANT APPLE INC.'S BILL OF COSTS

copy of a deposition (including videotaped depositions) taken for any purpose is allowable, as well as the costs of reproducing exhibits to the deposition if the deposition costs is allowable.

12.     A true and correct copy of the invoice of the Court Reporter's Deposition Transcript and related court reporter fees from the October 7, 2019 deposition of Moazam Raja in the amount of $383.25 is attached hereto as **Exhibit J**.  This deposition was taken at the request of Plaintiff Kannan. These costs are allowable under Local Rule 54-3(c)(1), which provides that the original and copy of a deposition (including videotaped depositions) taken for any purpose is allowable, as well as the costs of reproducing exhibits to the deposition if the deposition costs is allowable.

13.     A true and correct copy of the invoice of the Court Reporter's Deposition Transcript and related court reporter fees from the October 10, 2019 deposition of Rahul Rastogi in the amount of $1,153.40 is attached hereto as **Exhibit K**.  This deposition was taken at the request of Plaintiff Kannan.  These costs are allowable under Local Rule 54-3(c)(1), which provides that the original and copy of a deposition (including videotaped depositions) taken for any purpose is allowable, as well as the costs of reproducing exhibits to the deposition if the deposition costs is allowable.

14.     A true and correct copy of the invoice of the Court Reporter's Deposition Transcript and related court reporter fees from the October 22, 2019 deposition of Joseph Kotni, Volume 2 in the amount of $1,197.10 is attached hereto as **Exhibit L**.  This deposition was taken at the request of Plaintiff Kannan.  These costs are allowable under Local Rule 54-3(c)(1), which provides that the original and copy of a deposition (including videotaped depositions) taken for any purpose is allowable, as well as the costs of reproducing exhibits to the deposition if the deposition costs is allowable.

15.     A true and correct copy of the invoice of the Court Reporter's Deposition Transcript and related court reporter fees from the October 25, 2019 deposition of Beth Kellermann in the amount of $822.30 is attached hereto as **Exhibit M**.  This deposition was taken at the request of Plaintiff Kannan.  These costs are allowable under Local Rule 54-3(c)(1), which provides that the original and copy of a deposition (including videotaped depositions) taken for any purpose is allowable, as well as the costs of reproducing exhibits to the deposition if the deposition costs is allowable.

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

3                                    Case No 5:17-cv-07305-EJD
DECLARATION OF TODD K. BOYER IN SUPPORT OF DEFENDANT APPLE INC.'S BILL OF COSTS

16.     A true and correct copy of the invoice of the Court Reporter's Deposition Transcript and related court reporter fees from the November 4, 2019 deposition of Brian Carr, Volume 2 in the amount of $874.20 is attached hereto as **Exhibit N**.  This deposition was taken at the request of Plaintiff Kannan.  These costs are allowable under Local Rule 54-3(c)(1), which provides that the original and copy of a deposition (including videotaped depositions) taken for any purpose is allowable, as well as the costs of reproducing exhibits to the deposition if the deposition costs is allowable.

17.     True and correct copies of the invoices of the Court Reporter's Deposition Transcript, Video Deposition and related court reporter fees from the November 6, 2019 deposition of Raja Kannan, Volume 2 in the amount of $4,212.60 are attached hereto as **Exhibit O**.  These costs are allowable under Local Rule 54-3(c)(1), which provides that the original and copy of a deposition (including videotaped depositions) taken for any purpose is allowable, as well as the costs of reproducing exhibits to the deposition if the deposition costs is allowable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of October, 2020, in San Jose, California.

/s/ Todd K. Boyer
Todd K. Boyer

Baker & McKenzie LLP
600 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

4                                    Case No 5:17-cv-07305-EJD
DECLARATION OF TODD K. BOYER IN SUPPORT OF DEFENDANT APPLE INC.'S BILL OF COSTS

# EXHIBIT A

AO44
(Rev. 11/07)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20190166

**MAKE CHECKS PAYABLE TO:**

Todd K. Boyer, Esquire
Baker & McKenzie
600 Hansen Way
Palo Alto, CA 94304

Phone:

JOAN MARIE COLUMBINI, CSR, RPR
Retired Official Court Reporter
1301 Canyonwood Court #1
Walnut Creek, CA 94595

Phone:      (510) 367-3043

joan.columbini.csr@gmail.com

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 11-14-2019 | DATE DELIVERED: 11-19-2019 |
|---|---|---|

**Case Style:** 17-CV-7305, Kannan v Apple
Transcript of FTR proceedings before the Honorable Virginia K. DeMarchi
July 9, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 36 | 4.85 | 174.60 | | | | | | | 174.60 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 174.60 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $174.60 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | |

*(All previous editions of this form are cancelled and should be destroyed)*

# EXHIBIT B

# Leo T. MANKIEWICZ

*LEGAL TRANSCRIBER*
13956 West Maui Lane
Surprise, AZ  85379
(415) 722-7045
email:  leomank@gmail.com

# Invoice

| BILL TO |
| --- |
| Baker & McKenzie<br>Two Embarcadero Center, 11th floor<br>San Francisco, CA  94111 |

| ATTN: |
| --- |
| Jennifer Ilas<br>Todd Boyer |

| DATE | INVOICE NO. |
| --- | --- |
| 9/28/2019 | 19-089 |

| DEPOSIT RECEIVED | SHIP DATE |
| --- | --- |
| 09/26/19 | 9/28/2019 |

| SHIP VIA | DATE ORDERED |
| --- | --- |
| email | 09/25/19 |

| ITEM | DESCRIPTION | PAGES | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 3-da... | Original & 1 - three-day delivery - full size PDF | 171 | 5.45 | 931.95 |
| 3-da... | 3-day delivery - copy - condensed PDF | 171 | 1.05 | 179.55 |
| | Transcript of FTR recording of proceedings before the Honorable Virginia K. DeMarchi at the U.S. District Court in San Jose, California on September 24, 2019. | | | |
| | Kannan v. Apple, Inc.<br>USDC Case No. 5:17-cv-07305-EJD (VKD) | | | |

DEPOSIT
**PAID**
09/26/2019

**Total**   **$1,111.50**

*I, Leo Mankiewicz, hereby certify that the fees charged and the page format used in the transcript conform to the regulations of this court and the Judicial Conference of the United States.*

*LEO T. MANKIEWICZ,*

**BALANCE DUE:  $39.00**

# LEO T. MANKIEWICZ, CSR, RMR, CRR

# Statement

| DATE |
| --- |
| 9/28/2019 |

| BILL TO |
| --- |
Baker & McKenzie
Two Embarcadero Center, 11th floor
San Francisco, CA  94111

| AMOUNT DUE | AMOUNT ENC. |
| --- | --- |
| $39.00 | |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 08/31/2019 | Balance forward | | 0.00 |
| 09/26/2019 | PMT #310423. | -1,072.50 | -1,072.50 |
| 09/28/2019 | INV #19-089. Due 09/28/2019. | 1,111.50 | 39.00 |

| AMOUNT DUE |
| --- |
| $39.00 |

# EXHIBIT C



**AD HOC
REPORTING**

2220 Otay Lakes Road
Suite 502-85
Chula Vista, CA 91915

**(619) 236-9325**

**AdHocReporting
@aol.com**

## INVOICE

DATE:          November 21, 2019      INVOICE NO.:   19-25225

TO:            TODD K. BOYER
               Baker & McKenzie
               600 Hansen Way
               Palo Alto, CA 94304

CASE NO:       17-cv-07305-EJD

CASE NAME:     Raja Kannan v. Apple Inc.

DATE OF        11/20/19
PROCEEDINGS:   (Discovery Hearing - Judge DeMarchi)


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


|                            | Pages | Cost/Page | Total Due |
|----------------------------|-------|-----------|-----------|
| **DAILY DELIVERY OF PDF**  |       |           |           |
| 11/20/19                   | 54    | 6.05      | $  326.70 |

Total Due    **$ 326.70**


**OUR TAX ID NUMBER IS:   33-0778397**

# EXHIBIT D

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern California

INVOICE NO.: 20202719

| | |
|---|---|
| Todd Boyer<br>Baker & McKenzie, LLP<br>660 Hansen Way<br>Palo Alto, CA 94304<br>(650) 856-5572<br>todd.boyer@bakermckenzie.com | **MAKE CHECKS PAYABLE TO:**<br>SUMMER A. FISHER<br>Official Court Reporter<br>280 S. First Street<br>Room 2112<br>San Jose, CA 95113<br>(408) 288-6150<br>summer_fisher@cand.uscourts.gov |

| \_ CRIMINAL   ☒ CIVIL | DATE ORDERED:<br>04-28-2020 | DATE DELIVERED:<br>05-09-2020 |
|---|---|---|

**In the matter of:** CV-17-7305-EJD, Kannan v Apple, Inc.

```
Thank you for your business!  Please send payment within 21 days of
receiving this invoice.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 33 | 4.25 | 140.25 | | | | | | | 140.25 |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | **Subtotal** | | | | 140.25 |
| | | | | | Less Discount for Late Delivery | | | | | |
| | | | | | Tax (If Applicable) | | | | | |
| | | | | | Less Amount of Deposit | | | | | |
| | | | | | Total Refund | | | | | |
| | | | | | **Total Due** | | | | | 140.25 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Summer A. Fisher | DATE:<br>05-09-2020 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

# EXHIBIT E

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
**For the Northern California**

INVOICE NO.: 20202737

| | |
|---|---|
| Todd Boyer<br>Baker & McKenzie, LLP<br>660 Hansen Way<br>Palo Alto, CA 94304<br>(650) 856-5572<br>todd.boyer@bakermckenzie.com | **MAKE CHECKS PAYABLE TO:**<br>SUMMER A. FISHER<br>Official Court Reporter<br>280 S. First Street<br>Room 2112<br>San Jose, CA 95113<br>(408) 288-6150<br>summer_fisher@cand.uscourts.gov |

| \_ CRIMINAL    X CIVIL | DATE ORDERED:<br>06-05-2020 | DATE DELIVERED:<br>06-05-2020 |
|---|---|---|

**In the matter of:** CV-17-7305-EJD, Kannan v Apple Inc.

```
Thank you for your business!  Please send payment within 21 days of
receiving this invoice.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | 56 | 6.05 | 338.80 | | | | | | | 338.80 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 338.80 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 338.80 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>Summer A. Fisher | DATE:<br>06-05-2020 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# EXHIBIT F

## Veritext, LLC
## Western Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Todd Boyer | **Invoice #:** | SF3789016 |
| | Baker & McKenzie LLP | **Invoice Date:** | 5/22/2019 |
| | 660 Hansen Way | **Balance Due:** | $2,293.25 |
| | Palo Alto, CA, 94304 | | |

| | |
|---|---|
| **Case:** | Kannan, Raja v. Apple, Inc. |
| **Job #:** | 3273872 | Job Date: 5/1/2019 | Delivery: Normal |
| **Billing Atty:** | Todd Boyer |
| **Location:** | Baker & McKenzie LLP |
| | 660 Hansen Way |
| | Palo Alto, CA 94304 |
| **Sched Atty:** | Todd Boyer | Baker & McKenzie LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Raja Kannan | Video - Extended Hours Surcharge | Hour | 0.50 | $115.00 | $57.50 |
| | Video - Services | | 11.00 | $198.00 | $2,178.00 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 | $22.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 | $35.00 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $2,293.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,293.25 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **SF3789016** |
|---|---|
| **Job #:** | **3273872** |
| **Invoice Date:** | **5/22/2019** |
| **Balance:** | **$2,293.25** |

63158

**Veritext, LLC**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Todd Boyer | **Invoice #:** | SF3783435 |
| Baker & McKenzie LLP | **Invoice Date:** | 5/20/2019 |
| 660 Hansen Way | **Balance Due:** | $3,410.90 |
| Palo Alto, CA, 94304 | | |

| | |
|---|---|
| **Case:** | Kannan, Raja v. Apple, Inc. |
| **Job #:** | 3273872 \| Job Date: 5/1/2019 \| Delivery: Normal |
| **Billing Atty:** | Todd Boyer |
| **Location:** | Baker & McKenzie LLP |
| | 660 Hansen Way |
| | Palo Alto, CA 94304 |
| **Sched Atty:** | Todd Boyer \| Baker & McKenzie LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 324.00 | $5.50 | $1,782.00 |
| | Attendance Fee - Per Session | 1 | 2.00 | $75.00 | $150.00 |
| | Surcharge - Extended Hours | Hour | 0.50 | $95.00 | $47.50 |
| | Exhibits - Color | Per Page | 7.00 | $1.50 | $10.50 |
| Raja Kannan | Exhibits | Per Page | 226.00 | $0.65 | $146.90 |
| | Surcharge - Video Deposition | Page | 324.00 | $0.50 | $162.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Realtime & Rough Services | Page | 324.00 | $3.00 | $972.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,410.90 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,410.90 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

63158

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | SF3783435 |
| Job #: | 3273872 |
| Invoice Date: | 5/20/2019 |
| Balance: | $3,410.90 |

# EXHIBIT G

**Apex Court Reporters**
255 Third Ave
Chula Vista, CA 91910
(310)402-5596

# INVOICE

# 5152

| | Date: | Oct 2, 2019 |
|---|---|---|
| | **Balance Due:** | **$1,839.20** |

Bill To:

**BAKER MCKENZIE**
By; Todd K. Boyer, Esq.
660 Hansen Way
Palo Alto, CA 94304
650.856.5572

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Copy of Transcript of Joseph Kotni Deposition dated on 8.28.2019 on the matter of RAJA KANNAN v. APPLE, INC.** | 258 | $4.90 | $1,264.20 |
| **Shipping, Processing Exhibits** | 115 | $5.00 | $575.00 |

| | | |
|---|---|---|
| | Subtotal: | $1,839.20 |
| | Total: | $1,839.20 |

Notes:

tax id: 84.2036999

Terms:

Terms of Service: All transcripts will be provided with a 10 business day turnaround, unless expedited service is requested. A ten percent late fee applies to payments received over 30 days after the initial invoice date. Thereafter,a one percent fee per month (or maximum allowable under law, whichever is less) applies to any unpaid invoices. Attorney responsible for all fees and any collection and court costs. Cancellation fees apply if services are cancelled within 48 business hours of any scheduled depositions or other scheduled services. A last minute booking fee (also known as Per Diem fee) is applicable for depositions or other services requested for next business day or same day depositions or bookings. Cancellation and Per Diem fees are applicable in case of cancellation within 48 business hours of scheduled service. For conference room cancellations a minimum of 72 business hours notice is required.

# EXHIBIT H



**Apex Court Reporters**
255 Third Ave
Chula Vista, CA 91910
(310)402-5596

# INVOICE

# 5156

| | Date: | Oct 3, 2019 |
|---|---|---|
| **Balance Due:** | | **$1,986**.00 |

Bill To:

**Baker McKenzie LLP**
Attn. Todd K. Boyer
660 Hansen Way
Palo Alto, CA 94304

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| Transcript of Brian Carr dated on September 10, 2019, on the matter of RAJA KANNAN v. APPLE, INC. | 248 | $5.75 | $1,426.00 |
| **Processing Exhibits** | 92 | $5.00 | $460.00 |
| **E-mail** | 1 | $100.00 | $100.00 |

| | | |
|---|---|---|
| | Subtotal: | $1,986.00 |
| | Total: | $1,986.00 |

Notes:

tax id: 84.2036999

Terms:

Terms of Service: All transcripts will be provided with a 10 business day turnaround, unless expedited service is requested. A ten percent late fee applies to payments received over 30 days after the initial invoice date. Thereafter,a one percent fee per month (or maximum allowable under law, whichever is less) applies to any unpaid invoices. Attorney responsible for all fees and any collection and court costs. Cancellation fees apply if services are cancelled within 48 business hours of any scheduled depositions or other scheduled services. A last minute booking fee (also known as Per Diem fee) is applicable for depositions or other services requested for next business day or same day depositions or bookings. Cancellation and Per Diem fees are applicable in case of cancellation within 48 business hours of scheduled service. For conference room cancellations a minimum of 72 business hours notice is required.

# EXHIBIT I

# INVOICE

ADVANTAGE REPORTING SERVICES
1083 LINCOLN AVENUE
SAN JOSE, CA 95125
Phone:408-920-0222   Fax:408-920-0188



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60454 | 10/3/2019 | 58224 |
| **Job Date** | **Case No.** | |
| 9/18/2019 | 17-CV-07305-EJD | |
| **Case Name** | | |
| RAJA KANNAN vs. APPLE, INC. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT 1.5% PER MONTH | | |

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA 94304

| | | |
|---|---|---|
| 1 CERTIFIED TRANSCRIPT OF THE DEPOSITION OF | | |
| HEATHER RAMIREZ | 150.00  Pages | 570.00 |
| CERTIFICATION | | 7.00 |
| PRODUCTION FEE | | 65.00 |
| EXHIBITS | 71.00 | 35.50 |
| SHIPPING | | 11.00 |
| | **TOTAL DUE  >>>** | **$688.50** |

CERTIFIED COPY, EXHIBITS, CD & CONDENSED SENT VIA UPS ON 10/3/2019.

Tax ID: 77-0428267

*Please detach bottom portion and return with payment.*

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA 94304

Invoice No.   :  60454
Invoice Date  :  10/3/2019
**Total Due**   :  **$ 688.50**



Remit To: **ADVANTAGE REPORTING SERVICES**
**1083 LINCOLN AVENUE**
**SAN JOSE, CA  95125**

Job No.    :  58224
BU ID      :  1-MAIN
Case No.   :  17-CV-07305-EJD
Case Name  :  RAJA KANNAN vs. APPLE, INC.

888-920-3376                    www.arsdepos.com                    FAX 408-920-0188

# EXHIBIT J

# INVOICE

ADVANTAGE REPORTING SERVICES
1083 LINCOLN AVENUE
SAN JOSE, CA  95125
Phone:408-920-0222  Fax:408-920-0188



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60620 | 11/4/2019 | 58297 |
| **Job Date** | **Case No.** | |
| 10/7/2019 | 17-CV-07305-EJD | |
| **Case Name** | | |
| RAJA KANNAN vs. APPLE, INC. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT 1.5% PER MONTH | | |

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA  94304

| | | |
|---|---|---|
| 1 CERTIFIED TRANSCRIPT OF THE DEPOSITION OF | | |
| MOAZAM RAJA | 65.00  Pages | 191.75 |
| ROUGH TRANSCRIPT | 58.00 | 101.50 |
| CERTIFICATION | | 7.00 |
| EXHIBITS | 36.00 | 18.00 |
| PRODUCTION FEE | | 65.00 |
| | **TOTAL DUE  >>>** | **$383.25** |

ROUGH EMAILED ON 10/16/19
CERTIFIED TRANSCRIPT, EXHIBITS, CD AND CONDENSED PICKED UP AT ARS ON 10/25/19

THANK YOU FOR CHOOSING ADVANTAGE REPORTING SERVICES!

**Tax ID:** 77-0428267

*Please detach bottom portion and return with payment.*

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 60620 |
| Invoice Date | : | 11/4/2019 |
| **Total Due** | : | **$ 383.25** |

Remit To: **ADVANTAGE REPORTING SERVICES**
**1083 LINCOLN AVENUE**
**SAN JOSE, CA  95125**

| | | |
|---|---|---|
| Job No. | : | 58297 |
| BU ID | : | 1-MAIN |
| Case No. | : | 17-CV-07305-EJD |
| Case Name | : | RAJA KANNAN vs. APPLE, INC. |

888-920-3376          www.arsdepos.com          FAX 408-920-0188

# EXHIBIT K

# INVOICE

ADVANTAGE REPORTING SERVICES
1083 LINCOLN AVENUE
SAN JOSE, CA  95125
Phone:408-920-0222   Fax:408-920-0188



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60632 | 11/6/2019 | 58291 |
| **Job Date** | **Case No.** | |
| 10/10/2019 | 17-CV-07305-EJD | |
| **Case Name** | | |
| RAJA KANNAN vs. APPLE, INC. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT 1.5% PER MONTH | | |

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA  94304

1 CERTIFIED TRANSCRIPT OF THE DEPOSITION OF

| | | | |
|---|---|---|---|
| RAHUL RASTOGI | 168.00 | Pages | 638.40 |
| ROUGH TRANSCRIPT | 156.00 | | 312.00 |
| CERTIFICATION | | | 7.00 |
| EXHIBITS | 214.00 | | 107.00 |
| COLOR LASER EXHIBITS | 9.00 | | 9.00 |
| PRODUCTION FEE | | | 65.00 |
| SHIPPING | | | 15.00 |
| | | **TOTAL DUE >>>** | **$1,153.40** |

ROUGH EMAILED ON 10/21/19
CERTIFIED TRANSCRIPT, EXHIBITS, CD AND CONDENSED SENT VIA UPS ON 11/6/19

THANK YOU FOR CHOOSING ADVANTAGE REPORTING SERVICES!

**Tax ID:** 77-0428267

*Please detach bottom portion and return with payment.*

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 60632 |
| Invoice Date | : | 11/6/2019 |
| **Total Due** | : | **$ 1,153.40** |

Remit To: **ADVANTAGE REPORTING SERVICES**
**1083 LINCOLN AVENUE**
**SAN JOSE, CA  95125**

| | | |
|---|---|---|
| Job No. | : | 58291 |
| BU ID | : | 1-MAIN |
| Case No. | : | 17-CV-07305-EJD |
| Case Name | : | RAJA KANNAN vs. APPLE, INC. |

# EXHIBIT L

# INVOICE

ADVANTAGE REPORTING SERVICES
1083 LINCOLN AVENUE
SAN JOSE, CA  95125
Phone:408-920-0222   Fax:408-920-0188



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60701 | 11/19/2019 | 58292 |

| Job Date | Case No. | |
|---|---|---|
| 10/22/2019 | 17-CV-07305-EJD | |

| Case Name | | |
|---|---|---|
| RAJA KANNAN vs. APPLE, INC. | | |

| Payment Terms | | |
|---|---|---|
| DUE UPON RECEIPT 1.5% PER MONTH | | |

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA  94304

1 CERTIFIED TRANSCRIPT OF THE DEPOSITION OF

| | | | |
|---|---|---|---|
| JOSEPH KOTNI, VOLUME II | 272.00 | Pages | 1,033.60 |
| CERTIFICATION | | | 7.00 |
| EXHIBITS | 141.00 | | 70.50 |
| PRODUCTION FEE | | | 75.00 |
| SHIPPING | | | 11.00 |
| | | TOTAL DUE >>> | $1,197.10 |

ALL ELECTRONIC FILES EMAILED ON 11/18/19
CERTIFIED TRANSCRIPT, EXHIBITS AND CONDENSED SENT VIA UPS ON 11/15/19

THANK YOU FOR CHOOSING ADVANTAGE REPORTING SERVICES!

**Tax ID:** 77-0428267

*Please detach bottom portion and return with payment.*

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA  94304

| Invoice No. | : | 60701 |
|---|---|---|
| Invoice Date | : | 11/19/2019 |
| **Total Due** | : | **$ 1,197.10** |

| Job No. | : | 58292 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 17-CV-07305-EJD |
| Case Name | : | RAJA KANNAN vs. APPLE, INC. |

Remit To:  **ADVANTAGE REPORTING SERVICES**
**1083 LINCOLN AVENUE**
**SAN JOSE, CA  95125**

888-920-3376                    www.arsdepos.com                    FAX 408-920-0188

# EXHIBIT M

# INVOICE

ADVANTAGE REPORTING SERVICES
1083 LINCOLN AVENUE
SAN JOSE, CA  95125
Phone:408-920-0222   Fax:408-920-0188



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60703 | 11/19/2019 | 58293 |
| **Job Date** | **Case No.** | |
| 10/25/2019 | 17-CV-07305-EJD | |
| **Case Name** | | |
| RAJA KANNAN vs. APPLE, INC. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT 1.5% PER MONTH | | |

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA  94304

1 CERTIFIED TRANSCRIPT OF THE DEPOSITION OF

| | | |
|---|---|---|
| BETH KELLERMAN | 121.00  Pages | 459.80 |
| ROUGH TRANSCRIPT | 103.00 | 206.00 |
| CERTIFICATION | | 7.00 |
| EXHIBITS | 147.00 | 73.50 |
| PRODUCTION FEE | | 65.00 |
| SHIPPING | | 11.00 |
| | TOTAL DUE  >>> | $822.30 |

ROUGH EMAILED ON 10/26/19

ALL ELECTRONIC FILES EMAILED ON 11/18/19
CERTIFIED TRANSCRIPT, EXHIBITS AND CONDENSED SENT VIA UPS ON 11/15/19

THANK YOU FOR CHOOSING ADVANTAGE REPORTING SERVICES!

**Tax ID:** 77-0428267

*Please detach bottom portion and return with payment.*

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA  94304

| Invoice No. | : | 60703 |
|---|---|---|
| Invoice Date | : | 11/19/2019 |
| **Total Due** | : | **$ 822.30** |



Remit To: **ADVANTAGE REPORTING SERVICES**
**1083 LINCOLN AVENUE**
**SAN JOSE, CA  95125**

| Job No. | : | 58293 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 17-CV-07305-EJD |
| Case Name | : | RAJA KANNAN vs. APPLE, INC. |

888-920-3376                    www.arsdepos.com                    FAX 408-920-0188

# EXHIBIT N

# **INVOICE**

ADVANTAGE REPORTING SERVICES
1083 LINCOLN AVENUE
SAN JOSE, CA  95125
Phone:408-920-0222   Fax:408-920-0188



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 60715 | 11/21/2019 | 58463 |
| **Job Date** | **Case No.** | |
| 11/4/2019 | 17-CV-07305-EJD | |
| **Case Name** | | |
| RAJA KANNAN vs. APPLE, INC. | | |
| **Payment Terms** | | |
| DUE UPON RECEIPT 1.5% PER MONTH | | |

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA  94304

| | | | |
|---|---|---|---|
| 1 CERTIFIED TRANSCRIPT OF THE DEPOSITION OF | | | |
| BRIAN CARR | 224.00 | Pages | 660.80 |
| CERTIFICATION | | | 7.00 |
| EXHIBITS | 291.00 | | 116.40 |
| PRODUCTION FEE | | | 75.00 |
| SHIPPING | | | 15.00 |
| | | **TOTAL DUE >>>** | **$874.20** |

ALL ELECTRONIC FILES EMAILED ON 11/20/19
CERTIFIED TRANSCRIPT, EXHIBITS AND CONDENSED SENT VIA UPS ON 11/21/19

THANK YOU FOR CHOOSING ADVANTAGE REPORTING SERVICES!

**Tax ID:** 77-0428267

*Please detach bottom portion and return with payment.*

---

TODD BOYER, ESQ.
BAKER & McKENZIE, LLC
660 HANSEN WAY
PALO ALTO, CA  94304

| | | |
|---|---|---|
| Invoice No. | : | 60715 |
| Invoice Date | : | 11/21/2019 |
| **Total Due** | : | **$ 874.20** |

| | | |
|---|---|---|
| Remit To: **ADVANTAGE REPORTING SERVICES** | Job No. | : | 58463 |
| **1083 LINCOLN AVENUE** | BU ID | : | 1-MAIN |
| **SAN JOSE, CA  95125** | Case No. | : | 17-CV-07305-EJD |
| | Case Name | : | RAJA KANNAN vs. APPLE, INC. |

**888-920-3376**                    **www.arsdepos.com**                    **FAX 408-920-0188**

# EXHIBIT O

# Veritext, LLC
# California Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Todd Boyer | **Invoice #:** | SF4038612 |
| | Baker McKenzie LLP | **Invoice Date:** | 11/15/2019 |
| | 600 Hansen Way | **Balance Due:** | $2,469.85 |
| | Palo Alto, CA, 94304 | | |

| | |
|---|---|
| **Case:** | Raja Kannan v. Apple, Inc. |
| **Job #:** | 3608096 \| Job Date: 11/6/2019 \| Delivery: Expedited |
| **Billing Atty:** | Todd Boyer |
| **Location:** | Baker McKenzie LLP |
| | 600 Hansen Way<br>Palo Alto, CA 94304 |
| **Sched Atty:** | Todd Boyer \| Baker McKenzie LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Raja Kannan, Vol 2 | Original with 1 Certified Transcript | Page | 163.00 | $9.35 | $1,524.05 |
| | Attendance Fee | 1 | 1.00 | $250.00 | $250.00 |
| | Surcharge - Extended Hours | Hour | 2.00 | $95.00 | $190.00 |
| | Exhibits - Color | Per Page | 4.00 | $1.50 | $6.00 |
| | Exhibits | Per Page | 52.00 | $0.65 | $33.80 |
| | Rough Draft | Page | 163.00 | $1.50 | $244.50 |
| | Surcharge - Video Deposition | Page | 163.00 | $0.50 | $81.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | **Invoice Total:** | $2,469.85 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $2,469.85 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to
www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **SF4038612** |
| **Job #:** | **3608096** |
| **Invoice Date:** | **11/15/2019** |
| **Balance:** | **$2,469.85** |

63158

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Todd Boyer | **Invoice #:** SF4059646 |
| Baker McKenzie LLP | **Invoice Date:** 11/26/2019 |
| 600 Hansen Way | **Balance Due:** $1,047.75 |
| Palo Alto, CA, 94304 | |

| | | |
|---|---|---|
| **Case:** | Raja Kannan v. Apple, Inc. | **Third Party:** |
| **Job #:** | 3608096 \| Job Date: 11/6/2019 \| Delivery: Normal | |
| **Billing Atty:** | Todd Boyer | |
| **Location:** | Baker McKenzie LLP | |
| | 600 Hansen Way | |
| | Palo Alto, CA 94304 | |
| **Sched Atty:** | Todd Boyer \| Baker McKenzie LLP | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Video - Services | | 5.00 | $198.00 | $990.00 |
| Raja Kannan, Vol 2 | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 | $22.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,047.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,047.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

63158

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | **SF4059646** |
| **Job #:** | **3608096** |
| **Invoice Date:** | **11/26/2019** |
| **Balance:** | **$1,047.75** |

**Veritext, LLC**
**California Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-608-3438
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Todd Boyer | **Invoice #:** SF4025174 |
| Baker McKenzie LLP | **Invoice Date:** 11/15/2019 |
| 600 Hansen Way | **Balance Due:** $695.00 |
| Palo Alto, CA, 94304 | |

| | |
|---|---|
| **Case:** | Raja Kannan v. Apple, Inc. |
| **Job #:** | 3608096 | Job Date: 11/6/2019 | Delivery: Normal |
| **Billing Atty:** | Todd Boyer |
| **Location:** | Baker McKenzie LLP |
| | 600 Hansen Way |
| | Palo Alto, CA 94304 |
| **Sched Atty:** | Todd Boyer | Baker McKenzie LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Raja Kannan, Vol 2 | Veritext Virtual Primary Participants | 1 | 1.00 | $495.00 | $495.00 |
| | Veritext Virtual Exhibits | Package | 1.00 | $200.00 | $200.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $695.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $695.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | **SF4025174** |
| **Job #:** | **3608096** |
| **Invoice Date:** | **11/15/2019** |
| **Balance:** | **$695.00** |

63158