UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAJA KANNAN,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>APPLE, INC.,<br><br>        Defendant - Appellee. | No. 20-17211<br><br>D.C. No. 5:17-cv-07305-EJD<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

The redacted answering brief submitted by Apple, Inc. is filed. No paper copies of the redacted brief are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Liora Anis
Deputy Clerk
Ninth Circuit Rule 27-7